JS-6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SAM RIAD,** ) | Case No. 2:12-cv-09973-ODW-RZ |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| **RJM ACQUISITIONS, LLC,** ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and expenses.

Dated this 10th day of July, 2013.

_____
The Honorable Otis D. Wright, II